UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:24-cv-00416-E<br><br>JUDGMENT |

　　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:　5/28/2024

　　　　　　　　　　　　　　　　　　/s/ Charles F. Eick
　　　　　　　　　　　　　　　　　HON. CHARLES F. EICK
　　　　　　　　　　　　　　　　　United States Magistrate Judge